11 CIV. 8546

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dwight Perry

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

New York City Via Department of Corrections, Transit Authority Police Dep. Public Defenders

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

2011 NOV 21 PM 4:27
RECEIVED

**I. Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name Dwight Perry
ID # 349-11-06410
Current Institution A.M.K.C (C-95)
Address 18-18 Hazen st East Elmhurst, N Y 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Captin Johnson Shield # ____
Where Currently Employed A M K C
Address 18-18 Hazen st

Defendant No. 2 Name Officer Bryant Shield # ______
Where Currently Employed ______
Address ______

Defendant No. 3 Name Officer Holmes Shield # ______
Where Currently Employed ______
Address ______

Defendant No. 4 Name Officer Latimore Shield # ______
Where Currently Employed ______
Address ______

Defendant No. 5 Name Sergio De la Para Shield # N/A
Where Currently Employed New York Public Defendor service
Address ______

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
A M K C

B. Where in the institution did the events giving rise to your claim(s) occur?
First in 1 Top Located in the Projects at A MKC It is a Program House. It continued to Dorm W 18 upper B-Side and is ongoing in Quad 10 Lower

C. What date and approximate time did the events giving rise to your claim(s) occur?
From the Second day I entered the Program House (1 top)

D. Facts: I have been harrassed by both inmates and employees on Rikers Island. I have been forced to make bomb threats, Write threatning Letters, take Showers naked, beat up, forced to hold weapons, sexually harrassed by inmates and officers, forced to go days without a Shower, forced to give my Phone calls to other inmates, denied my Kosher meals and forced to do... etc

**What happened to you?**

I told Captin Johnson, officer caines and Bryant that I was being harrassed and they made an anouncement that "we have a big baby in the house that is snitching" when I told Captin Johnson she said that since I was such a pussy she would try to get me transfered to R.M.S.C.

**Who did what?**

I have been blessed with a Big Penis and officer Canies and bryant Said that If I was going to leave that my penis was staying. I think one of there Son's is a gang member because I was forced to take naked Showers so the officers could watch by Some gang members with a scalpel

**Was anyone else involved?**

There are 3 other inmates who were not involved with the inmates and officers

**Who else saw what happened?**

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I was given three black eyes and 2 busted lips, but the officers said if I told they would let the guy slides rape me. Officer Bryant fondeled my Privates on many occasions and Canies only twice. They made me work on house gang (work detail) so they could harras me on a daly baisis by making me Show them my Package. I Cant sleep at night and I have been forced to hold weapons in every house since

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓ No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). AMKC (C-95) it started around the end of April and is ongoing.

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓ No ____ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ✓ No ____ Do Not Know ____

If YES, which claim(s)? All of them

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓ No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? I Put several in the Grievance box but was called down while gang members

1. Which claim(s) in this complaint did you grieve? All of them, but when I got to the office there were gang members giving me the Shh Sign

2. What was the result, if any? I had to withdrawl, but when my house was changed I put in other greivances and have Not be given help

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I sent letters to my lawyer To the Judge, To the Daily News, the A.C.L.U, the district Attorney, the Amsterdam news... etc But D.O.C. has been messing with my mail because inmates made me send threating letters

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: ____

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I have been transfered houses and before i go in that house the officers search my person and Property, and have found weapons that I left there because I cant just tell grievance Or a Captin. But these officers have not said anything to their Superiors because they call the last house you were in first. officer Holmes Made me show her how big I was and then again in front of Officer Latimore who fondeled me

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V. Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I would like an investigation conducted because I am not the only person in this situation confined on Rikers Island. I really dont want to put a monetary figure, but I know these officers and inmates have guns so I might need to move. So I would like 100,000 dollars for pain and suffering and 200,000 to start an organization to combat this Problem. They treated me like a piece of meat, they made me masturbate in the Shower I don't know who I can trust. I want an apology.

**VI. Previous lawsuits:**

**On these claims**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______

Defendants ______

2. Court (if federal court, name the district; if state court, name the county) ______

3. Docket or Index number ______
4. Name of Judge assigned to your case ______
5. Approximate date of filing lawsuit ______
6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition ______
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ______

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______

Defendants ______

2. Court (if federal court, name the district; if state court, name the county) ______

3. Docket or Index number ______
4. Name of Judge assigned to your case ______
5. Approximate date of filing lawsuit ______
6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition ______
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ______

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 8 day of November, 2011.

Signature of Plaintiff

Inmate Number 349-11-06410

Institution Address AMKC C-95
18-18 Hazen st
East Elmhurst, NY 11370
Rikers Island

**Note**: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 8 day of November, 2011, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:

11/8/11

NKECHI IGBO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01IG6163948
Qualified in Queens County
My Commission Expires April 09, 2015